1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
3 | Irvine, California 92612
 (949) 553-1010 / Fax: (949) 553-2050
4 | info@gauntlettlaw.com
jal@gauntlettlaw.com
5 |
Attorneys for Defendants
6 | LAKE LINDERO HOMEOWNERS
ASSOCIATION. AND
7 | LORDON ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ATAIN SPECIALTY INSURANCE COMPANY, | Case No. 2:19-cv-09824 DSF (MRWx) |
|---|---|
| Plaintiff and Counter-Defendant, | Hon. Dale S. Fischer |
| vs. | **NOTICE OF MOTION AND MOTION TO DISMISS OR IN THE ALTERNATIVE, TO SEVER** |
| LAKE LINDERO HOMEOWNERS ASSOCIATION; GOLF PROJECTS LINDERO, INC., a California corporation; and LORDON ENTERPRISES, INC., a California corporation, dba LORDON MANAGEMENT, | **Date**: March 23, 2020, 1:30 p.m. |
| | **Ctrm:** 7D, First Street Courthouse, 350 West 1st Street, Los Angeles, California |
| Defendants and Counterclaimants. | |

1  PLEASE TAKE NOTICE that on March 23, 2020 at Courtroom 7D in First Street Courthouse, 350 West 1st Street, Los Angeles, California, Defendants and Counterclaimants LAKE LINDERO HOMEOWNERS ASSOCIATION ("LLHOA") and LORDON ENTERPRISES, INC., dba LORDON MANAGEMENT ("Lordon") (collectively, "Defendants/Counterclaimants"), by and through their undersigned counsel, will and hereby does move this Court to dismiss Defendant GOLF PROJECTS LINDERO, INC. ("GPL") from this instant coverage case or in the alternative, sever the claims against GPL from the instant coverage action.

Defendants/Counterclaimants move to dismiss or in the alternative, sever claims against Defendant GPL from the instant coverage action for failure to meet the plausibility requirements and for fairness to Defendants/Counterclaimants pursuant to Federal Rules of Civil Procedure 12(b)(6) and 21.

This Motion is based on this notice of motion and motion, Defendants/Counterclaimants' memorandum in support of this motion, the pleadings, briefs, declarations, affidavits, testimonies, transcripts, and evidence of record in this action, and such other and further evidence as may be presented to this Court at the time of hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 10, 2020 via conference call between all parties.

Dated: February 24, 2020

By: /s/ James A. Lowe

David A. Gauntlett
James A. Lowe
**GAUNTLETT & ASSOCIATES**

Attorneys for Defendants
LAKE LINDERO HOMEOWNERS
ASSOCIATION. and
LORDON ENTERPRISES, INC.