**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
8400 Von Karman, Suite 300
Irvine, California 92612
(949) 553-1010/Fax: (949) 553-2050
dag@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendants
LAKE LINDERO HOMEOWNERS
ASSOCIATION, AND LORDON ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>LAKE LINDERO HOMEOWNERS ASSOCIATION; GOLF PROJECTS LINDERO, INC., a California Corporation; and LORDON ENTERPRISES, INC., a California Corporation, dba LORDON MANAGEMENT<br><br>　　　　　Defendants and Counterclaimants. | Case No.: 2:19-cv-09824 DSF (MRWx)<br><br>Hon. Dale S. Fischer<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON ATAIN SPECIALTY INSURANCE COMPANY'S DUTY TO DEFEND**<br><br>**Date:** November 23, 2020<br>**Time**: 1:30 P.M.<br>**Ctrm:** 7D, First Street Courthouse, 350 West 1st Street, Los Angeles, California<br><br>*Filed concurrently with Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions, and Declarations of James A. Lowe and Hal Siegel; and [Proposed] Order* |

1  **TO ATAIN SPECIALTY INSURANCE COMPANY AND ITS
2  COUNSEL:**

3  NOTICE IS HEREBY GIVEN that on November 23, 2020 at 1:30 p.m., or as
4  soon thereafter as counsel may be heard in Courtroom 7D of the above-entitled court,
5  located at the Ronald Reagan Courthouse, 411 West 4th Street, Santa Ana, CA 92701-
6  4516, Defendants LAKE LINDERO HOMEOWNERS ASSOCIATION ("LLHOA")
7  and LORDON ENTERPRISES, INC. dba LORDON MANAGEMENT ("Lordon")
8  will and hereby do move the Court for partial summary judgment pursuant to Fed. R.
9  Civ. P. 56 establishing that Plaintiff ATAIN SPECIALTY INSURANCE
10 COMPANY, which issued its Non-Profit Professional Liability policy (№.
11 NDS00380) to Lake LLHOA and additional insured Lordon with policy periods from
12 June 6, 2018 through June 6, 2019 providing coverage for the "directors and officers"
13 quantum meruit and tortious interference claims made against the Insureds, has a duty
14 to defend its insured Defendants in an underlying action styled as a Complaint against
15 LLHOA and Lordon in the Superior Court of the State of California for the County of
16 Los Angeles, Case No. LC107621 (the "GPL Action") and that Atain cannot rescind
17 that policy.

18 This motion is made following the conferences of counsel pursuant to L.R. 7-3,
19 which took place on October 1, 2020 between James A. Lowe and GailAnn Y.
20 Stargardter, counsel for Atain, at which time the parties did not resolve this matter.

21 This motion is based on this notice of motion, the attached memorandum of
22 points and authorities, statement of undisputed facts, declarations, exhibits, all

23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

257951_1.doc--10/19/2020 12:31 PM    Notice of Motion for Partial Summary Judgment
                                     Case No. **2:19-cv-09824 DSF (MRWx)**

1

1  pleadings and papers on file in this action, and upon such other matters as may be
2  presented to the court at the time of hearing.

4  Dated:  October 19, 2020                    **GAUNTLETT & ASSOCIATES**

5                                              By:      /s/ James A. Lowe
                                                     David A. Gauntlett
6                                                    James A. Lowe

7                                              Attorneys for Defendants and
                                                Counterclaimants LAKE LINDERO
8                                               HOMEOWNERS ASSOCIATION, and
                                                LORDON ENTERPRISES, INC.,