JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LAKE LINDERO HOMEOWNERS ASSOCIATION; GOLF PROJECTS LINDERO, INC., a California corporation; LORDON ENTERPRISES, INC., dba LORDON MANAGEMENT,<br><br>Defendant. | Case No. 2:19-cv-09824 (MRWx)<br><br>**JUDGMENT** |
| AND RELATED COUNTERCLAIM. | |

The Court having granted Atain Specialty Insurance Company's motion for summary judgment for rescission, judgment is entered in favor of Atain Specialty Insurance Company and against Lake Lindero Homeowners Association, Golf Projects Lindero, Inc. and Lordon Enterprises, Inc., dba Lordon Management.

DATED: March 30, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE