1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  info@gauntlettlaw.com
   James A. Lowe (SBN 214383)
3  jal@gauntlettlaw.com
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:  (949) 553-1010
5  Facsimile:   (949) 553-2050

6  Attorneys for Defendants
   LAKE LINDERO HOMEOWNERS
7  ASSOCIATION. AND
   LORDON ENTERPRISES, INC
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                   **SOUTHERN DIVISION**

12

| 13 | ATAIN SPECIALTY INSURANCE COMPANY, | ) | Case No. 2:19-cv-09824 DSF (MRWx) |
|---|---|---|---|
| 14 | | ) | Hon. Dale S. Fischer |
| 15 | Plaintiff and Counter-Defendant, | ) | |
| 16 | vs. | ) | **LAKE LINDERO HOMEOWNERS ASSOCIATION'S AND LORDON ENTERPRISES, INC.'S RENEWED NOTICE OF APPEAL** |
| 17 | LAKE LINDERO HOMEOWNERS ASSOCIATION; | ) | |
| 18 | GOLF PROJECTS LINDERO, INC., a California corporation; and | ) | |
| 19 | LORDON ENTERPRISES, INC., a California corporation, dba LORDON MANAGEMENT, | ) | |
| 20-23 | Defendants and Counterclaimants. | ) | |

NOTICE IS HEREBY GIVEN that LAKE LINDERO HOMEOWNERS ASSOCIATION and LORDON ENTERPRISES, INC., Defendants and Counter Claimants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on March 30, 2021 [ECF 83], and the Order of November 25, 2020 [ECF 67], and the Supplemental Order of March 4, 2021 [ECF 81] regarding Motions for Summary Judgment, entered by the United States District Court for the Central District of California.

Defendants and Counter Claimants Lake Lindero Homeowners Association and Lordon Enterprises, Inc. (collectively "LLHOA") filed a Notice of Appeal in this case on December 23, 2020 [ECF 68] and paid the docketing fee for Case No. 20-56411.

LLHOA's earlier Notice of Appeal was untimely because of a later filed motion of the Plaintiff Atain for further relief and the response of another defendant, Golf Projects Lindero, Inc. LLHOA therefore moved to voluntarily dismiss the untimely appeal; see Order Dismissing Appeal [ECF 80]. The Court later entered a supplemental order on summary judgment on March 4, 2021 [ECF 81] and entered a final Judgment as to all parties on March 30, 2021 [ECF 83]. Because the Court has now resolved all claims against all parties, LLHOA now renews its notice of appeal.

LLHOA appeals from the Court's Judgment and its orders granting summary judgment to Plaintiff Atain Specialty Insurance Company as to Atain's right to rescind an insurance policy sold to Lake Lindero Homeowners Association and Atain's duty to defend the Defendants in an underlying case and denying Defendants Lake Lindero Homeowners Association and Lordon Enterprises, Inc.'s motion for partial summary judgment, as well as any and all findings, orders, and evidentiary rulings in the case.

Dated: April 5, 2021

**GAUNTLETT & ASSOCIATES**
By:      /s/ James A. Lowe
　　　David A. Gauntlett
　　　James A. Lowe
　　　Attorneys for Defendants
LAKE LINDERO HOMEOWNERS ASSOCIATION. AND
LORDON ENTERPRISES, INC