**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
info@gauntlettlaw.com
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Defendants
LAKE LINDERO HOMEOWNERS ASSOCIATION. AND
LORDON ENTERPRISES, INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>LAKE LINDERO HOMEOWNERS ASSOCIATION;<br>GOLF PROJECTS LINDERO, INC., a California corporation; and<br>LORDON ENTERPRISES, INC., a California corporation, dba LORDON MANAGEMENT,<br><br>                    Defendants and Counterclaimants. | Case No. 2:19-cv-09824 DSF (MRWx)<br><br>Hon. Dale S. Fischer<br><br><br><br><br><br>**REPRESENTATION STATEMENT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned represents Defendants LAKE LINDERO HOMEOWNERS ASSOCIATION and LORDON ENTERPRISES, INC. in this matter and no other parties. Pursuant to Federal Rules of Appellate Procedure, Rule 12(b) and Circuit Rule 3-2(b), attached is a service list of all the parties to this action, identifying their counsel by name, firm, address, telephone and facsimile numbers and e-mail addresses.

Dated: April 5, 2021   **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
        David A. Gauntlett
        James A. Lowe

Attorneys for Defendants
LAKE LINDERO HOMEOWNERS ASSOCIATION. AND
LORDON ENTERPRISES, INC

# SERVICE LIST

GailAnn Y. Stargardter, Esq.
Guevara Lindholm-Dizayee, Esq.
**MOKRI VANIS & JONES, LLP**
4100 Newport Place Drive, Suite 840
Newport Beach, CA 92660
Telephone (949) 226-7040
Facsimile: (949) 226-7150
gstargardter@mvjllp.com
gdizayee@mvjllp.com

Attorneys for Plaintiff
ATAIN SPECIALTY INSURANCE COMPANY


David A. Gauntlett, Esq. (SBN 96399)
James A. Lowe, Esq. (SBN 214383)
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendants
LAKE LINDERO HOMEOWNERS ASSOCIATION. AND
LORDON ENTERPRISES, INC


Gary K. Salomons, Esq.
**SALOMONS LAW GROUP**
4558 Sherman Oaks Avenue
Sherman Oaks, CA 91403
Telephone: (818) 304-8440
gary@salomonslaw.com

Ilana Makovoz, Esq.
**MAKOVOZ LAW GROUP**

1. 9350 Wilshire Boulevard, Suite 203,
2. Beverly Hills, CA 90212
   Telephone: (310) 975-2565
3. Facsimile: (310) 975-2566
4. im@makovoz.com

5. Attorneys for Defendant
6. GOLF PROJECTS LINDERO, INC.,